IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | | |
|---|---|---|
| ASARCO LLC, a Delaware corporation, | ) ) ) | CV 12-52-H-DLC |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| HECLA LIMITED, a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

The parties having filed a Stipulated Motion for Dismissal With Prejudice,

IT IS HEREBY ORDERED that the motion (doc. 20) is GRANTED and the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 6th day of December 2012.

_____
Dana L. Christensen, District Judge
United States District Court